```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHELSEA C. STANLEY,                              :
                       Plaintiff,    :
                                    :
       -against-                                 :
                                    :          21-cv-4619 (VEC)
                                    :
MOUNT SINAI HEALTH SYSTEM, INC, AND    :         ORDER
STEPHANIE GUARENO, INDIVIDUALLY,         :
                                    :
                      Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties have a pre-trial conference scheduled for July 15, 2022; and

       WHEREAS the parties raised discovery issues in their joint letter, *see* Dkt. 21;

       IT IS HEREBY ORDERED that by no later than **Thursday, July 14, 2022 at 2:00 p.m. ET** the parties must file a joint letter responding to the following questions:

1. Does Plaintiff need a ruling on the answers that the deponent, Devin Sullivan, failed to provide, and the documents Plaintiff requested during Devin Sullivan's deposition before participating in a settlement conference?

2. Would the parties prefer to adjourn the July 15 pre-trial conference until after a settlement conference with the parties' assigned Magistrate Judge?

**SO ORDERED.**

**Date: July 12, 2022**                                                _____
       **New York, New York**                                   **VALERIE CAPRONI**
                                                                   **United States District Judge**