**MEMO ENDORSED**



Brittany Buccellato

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6461
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7196
brittany.buccellato@akerman.com

July 12, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2022

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Stanley v. Mount Sinai Health System, et al.
      **21 Civ. 4619 (VEC)**

Dear Judge Caproni:

The parties submit this joint letter pursuant to the Court's Order, dated July 12, 2022, regarding discovery issues raised in their letter, dated July 8, 2022, and the pre-trial conference scheduled for July 15, 2022.  Plaintiff does not require a ruling on the answers that Devin Sullivan ("Sullivan") failed to provide and the documents Plaintiff requested during Sullivan's deposition before participating in a settlement conference.  The parties would prefer to adjourn the July 15, 2022 pre-trial conference until after the settlement conference with the Magistrate Judge.

Respectfully submitted,                              Respectfully submitted,

/s/ Brittany A. Buccellato                           /s/ Joseph Myers

Brittany A. Buccellato                               Joseph Myers

---

Application GRANTED.  The pretrial conference scheduled for July 15, 2022 is hereby ADJOURNED *sine die*.  An order referring the parties for a settlement conference will be entered separately.
SO ORDERED.

*[signature]*                                        Date: 7/14/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

akerman.com