```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHELSEA C. STANLEY,

                           **Plaintiff,**                         **21-CV-4619 (VEC)**

       -against-                                     **ORDER**

MOUNT SINAI HEALTH SYSTEM, INC, and
STEPHANIE GUARENO, individually,

                           **Defendants.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On July 14, 2022, this case was referred for Settlement. The parties are ordered to file a joint status letter by July 22, 2022, at 5:00 p.m., updating the Court on the status of any settlement discussions thus far and whether the parties wish to schedule a settlement conference for September.

**SO ORDERED.**

DATED:    New York, New York
                 July 15, 2022

                                                   _____
                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge