# PHILLIPS & ASSOCIATES

*Attorneys at Law*
585 STEWART AVENUE, SUITE 410, GARDEN CITY, NEW YORK 11530
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

**Via ECF:**
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Stanley v. Mount Sinai He[alth]**
              **Case No.: 21-cv-4619**

Dear Judge Figueredo:

> **Application Granted**
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: 8-25-2022
>
> The settlement conference scheduled for September 14, 2022 is hereby adjourned. A pre-settlement conference call is hereby scheduled for Thursday, September 29, 2022, at 11:30 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808-6929; access code 9781335.

    The parties submit this joint letter to address (1) a request by Plaintiff to adjourn the settlement conference scheduled for September 14, 2022 at 2:00 PM and (2) a request by Defendants to convert the settlement conference from an in-person to a remote proceeding. Each of these applications is made on consent of the other party.

**Plaintiff's Request**

    Plaintiff respectfully requests an adjournment of the settlement conference as lead counsel for Plaintiff, Marjorie Mesidor, will be out of the country on the currently scheduled date of September 14, 2022. The parties have conferred and are mutually available on September 23, 2022 and September 30, 2022. This is the first request by either party to adjourn the settlement conference.

**Defendants' Request**

    Defendants respectfully request that the settlement conference by held remotely because lead counsel for the Defendants, Rory McEvoy, is having mobility issues that will make appearing in Court in-person very difficult.

    The parties thank the Court for its time and attention to this matter.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ | /s/ |
| Marjorie Mesidor | Rory J. McEvoy |
| Joseph Myers | Brittany A. Buccellato |