```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHELSEA C. STANLEY,                              :
                      Plaintiff,             :
                                             :
       -against-                        :
                                             :         21-cv-4619 (VEC)
                                             :
MOUNT SINAI HEALTH SYSTEM, INC, AND              :         ORDER
STEPHANIE GUARENO, INDIVIDUALLY,                 :
                                             :
                     Defendants.            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 28, 2022, the parties appeared for a settlement conference before Magistrate Judge Figueredo; and

    WHEREAS the Undersigned was notified that the parties were unable to reach settlement.

    IT IS HEREBY ORDERED that a pretrial conference will be held on **Friday, December 16, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. No later than **December 9, 2022,** the parties must file a joint status update in advance of the conference. For submission requirements, please refer to docket entry 18.

**SO ORDERED.**

Date: December 6, 2022
      New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**