**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/13/2022

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

December 9, 2022

**<u>VIA ECF</u>**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:    Stanley v. Mount Sinai Health System, et al.**
**         21 Civ. 4619 (VEC) (VF)**

Dear Judge Caproni:

On behalf of our clients, Mount Sinai Morningside and Stephanie Guareno, and pursuant to the Court's Individual Practices in Civil Cases 2(C), I write to request: (i) an adjournment of the pretrial conference scheduled for December 16, 2022 at 10:00 a.m. and (ii) that the pretrial conference be converted to a remote proceeding.  The reasons for these requests are: (i) we have a deposition scheduled in another case on December 16, 2022 and the discovery deadline in that case is December 16 and (ii) I am having mobility issues that will make appearing in Court in-person very difficult.  This is the second request for an adjournment of the pretrial conference.  The first time, the parties requested that the pretrial conference be adjourned until a date after the settlement conference was held.  That request was granted.

We consulted with counsel for Plaintiff, Joseph Myers, and he consents to these requests.  Counsel for both parties are available on January 3, January 4, and January 6.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc:    Marjorie Mesidor, Esq. and Joseph Myers, Esq., Attorneys for Plaintiff (via ECF)

akerman.com

Application GRANTED in part.  The initial pretrial conference scheduled for December 16, 2022, is hereby ADJOURNED.  The parties must meet and confer and, by no later than **December 15, 2022**, propose at least two alternative dates before January 13, 2023, to hold the initial pretrial conference.  Absent extraordinary circumstances, the conference shall take place in person in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Date: 12/13/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE