USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CHELSEA C. STANLEY,   :
                Plaintiff,   :
    :
    -against-   :
    :      21-cv-4619 (VEC)
    :
MOUNT SINAI HEALTH SYSTEM, INC, AND   :      ORDER
STEPHANIE GUARENO, INDIVIDUALLY,   :
    :
                Defendants.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 10, 2023, the parties appeared for a pre-trial conference.

IT IS HEREBY ORDERED that, as discussed at the conference, Defendants' motion for summary judgment is due by no later than **March 3, 2023**; Plaintiff's deadline to oppose is **April 7, 2023**; Defendants' reply is due **April 21, 2023**.

**SO ORDERED.**

Date:  January 10, 2023
         New York, New York

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**