**MEMO ENDORSED**



Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

April 19, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023

<u>**VIA ECF**</u>

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** <u>**Stanley v. Mount Sinai Health System, et al.
21 Civ. 4619 (VEC) (VF)**</u>

Dear Judge Caproni:

On behalf of our clients, Mount Sinai Morningside and Stephanie Guareno (collectively "Defendants"), and after consultation with counsel for Plaintiff, I write to request a one-week extension of time until April 28, 2023 to file reply papers in support of Defendants' Motion for Summary Judgment. The reason for this request is that I am dealing with a personal emergency that requires my attention this week. This is the first request to modify the briefing schedule. Plaintiff's counsel has no objections to this request.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc: Marjorie Mesidor, Esq. and Joseph Myers, Esq., Attorneys for Plaintiff (via ECF)

akerman.com

---

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: 4/20/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE