

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

February 5, 2024

**VIA ECF**

Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   Stanley v. Mount Sinai Health System, et al.
21 Civ. 4619 (VEC) (VF)**

Dear Judge Figueredo:

      On behalf of our clients, Defendants Mount Sinai Morningside and Stephanie Guareno, and pursuant to the Court's Individual Rules 1(e), I write to request that the pre-settlement conference call currently scheduled for February 8, 2024 at 11:00 a.m. be adjourned.  The reason for this request is that my colleague, Brittany Buccellato, and I have union negotiations and a deposition scheduled in another matter for February 5, beginning at 10:00 a.m., that cannot be rescheduled due to an impending deadline to complete discovery.  This is the first request for an adjournment of this call.  We communicated with counsel for Plaintiff and they consent to this request.  Counsel for both parties are available on February 14, 15, 20, 21, and 22.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc:   Jonathan Goldhirsch, Esq. and Michelle Caiola, Attorneys for Plaintiff (via ECF)

---

**SO ORDERED**

*[Signature]*
VALERIE FIGUEREDO
United States Magistrate Judge
Dated: February 6, 2024

The pre-settlement conference is adjourned to **Thursday, March 7, 2024, at 11:00 a.m**. Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [677 525 562#]**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 62.

akerman.com