

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

April 24, 2024

**VIA ECF**

Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    Stanley v. Mount Sinai Health System, et al.
21 Civ. 4619 (VEC) (VF)**

Dear Judge Figueredo:

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> DATED:   April 26, 2024
>
> The cancellation requested herein is granted. The settlement conference scheduled for May 8, 2024 is now canceled. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 65.

     On behalf of our clients, Defendants Mount Sinai Morningside and Stephanie Guareno, and together with counsel for Plaintiff, I write to request that the settlement conference scheduled for May 8, 2024 be canceled.  The reason for this request is that the case has settled. Once the payments under that agreement are delivered to Plaintiff and her counsel, we will file a stipulation of dismissal.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc:    Jonathan Goldhirsch, Esq. and Michelle Caiola, Attorneys for Plaintiff (via ECF)

akerman.com